UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERRANCE LAMONT BRITTON,**

    **Plaintiff,**

v.                                                **Case No. 5:18cv242-TKW-MJF**

**RUSSELL VOYLES, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (R&R) (Doc. 68). In response to the R&R, Plaintiff filed a document titled "A Letter Reguarding [sic] my dismissal Waiver of Reply" (Doc. 69). The Court will treat this filing as an objection pursuant to Fed. R. Civ. P. 72(b)(2).

The objection does not provide any justification for Plaintiff's failure to comply with the court orders discussed in the R&R, nor does it clearly articulate what portions of the R&R he is challenging. Nevertheless, the Court has reviewed the case file *de novo* and, based on that review, the Court agrees with the magistrate judge's determination that this case is due to be dismissed for failure to prosecute and failure to comply with court orders. Accordingly, it is

    **ORDERED** that:

1. The R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 25th day of September, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**